JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Kong, | Case No. **CV 18-2933-JFW(FFMx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Shamsi Shirazi-Fard, et al., | |
| Defendant. | |

The Court, having granted Defendants Shamsi Shirazi-Fard's ("Shirazi-Fard") and Michael Christoforakis's ("Christoforakis") Motion for Partial Summary Judgment and Request to Decline Supplemental Jurisdiction over State Claims and denied Plaintiff Nehemiah Kong's ("Kong") Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants Shirazi-Fard and Christoforakis were entitled to judgment as a matter of law on Kong's first cause of action for violation of the Americans with Disabilities Act of 1990 against them, and the Court having declined to exercise supplemental

jurisdiction over Kong's second cause of action for violation of the Unruh Civil Rights Act and dismissed it without prejudice,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Kong shall recover nothing from Shirazi-Fard or Christoforakis;

2. Shirazi-Fard and Christoforakis shall have judgment in their favor on Kong's first cause of action for violation of the Americans with Disabilities Act of 1990; and

3. Shirazi-Fard and Christoforakis shall recover from Kong their costs of suit in the sum of $_____.

Dated: April 22, 2019

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE