# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 2:18-cv-02933-JFW-FFM

Date case was first filed in U.S. District Court: 04/09/2018

Date of judgment or order you are appealing: 04/22/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nehemiah Kong

Is this a cross-appeal?  ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Russell Handy

9845 Erma Rd, Ste 300

City: San Diego   State: CA   Zip Code: 92131

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Russell Handy   **Date** Apr 24, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018